En el Tribunal Supremo de Puerto Rico

| In Re: | |
|--------|--|
| Angel L.Marrero Figarella | Conducta Profesional |
| Querellado | 99TSPR16 |

Número del Caso: CP-94-0830

Abogados de la Parte Querellante: Hon. Carlos Lugo Fiol
Procurador General

Lcdo. Miguel A. Santana Bagur
Procurador General Auxiliar

Abogados de la Parte Querellada: Lcdo. Raúl Aponte Sánchez

Abogados de la Parte Interventora:

Tribunal de Instancia: Superior

Juez del Tribunal de Primera Instancia:

Tribunal de circuito de Apelaciones:

Juez Ponente:

Fecha: 2/19/1999

Materia:

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Angel L. Marrero Figarella        CP-94-830

RESOLUCIÓN

San Juan, Puerto Rico, a 19 de febrero de 1999

Vista la Moción en Cumplimiento de Orden presentada por el Sr. Angel L. Marrero Figarella, el Tribunal se da por eneterado.

Con relación a la explicación que nos ofrece el Sr. Angel L. Marrero Figarella para no haber presentado su renuncia de representación profesional en los casos que tenía pendiente al momento de ser suspendido de la profesión de abogado, cabe señalar que la Regla 14(o) del Reglamento del Tribunal Supremo[1] no opera ex propio vigore, ni releva al

---

[1]    (o) El(la) Secretario(a) notificará con copia de todas las providencias que adopte el Tribunal, al(a la) abogado(a) o al(a la) notario(a) involucrado y a la parte promovente de la queja.  Cualquier decisión del Tribunal que imponga sanciones se notificará, además, a la Oficina de Administración de los Tribunales, al(a la) Secretario(a) de Justicia y al Colegio de Abogados de Puerto Rico.  Si la sanción afectare en cualquier forma la capacidad del(de la) notario(a) para actuar como tal, se notificará también al(a la) Secretario(a) de Estado y al(a la) Director(a) de la Oficina de Inspección de Notarías.

abogado desaforado de su deber de renunciar formalmente a la representación legal de clientes, tanto en el foro judicial como en los foros administrativos. Dicha Regla tampoco lo releva de su deber de notificar a sus cliente sobre la renuncia presentada, para que puedan tomar las medidas necesarias para salvaguardar sus derechos incluyendo, la contratación de nueva representación legal. Deberá, además, poner a la disposición de éstos los expedientes de los casos. Véase, también, In re: Siverio Orta, 117 D.P.R. 14, 19 (1986).

A tenor con lo antes expuesto, se le concede al señor Marrero Figarella el término de quince (15) días, contados a partir de la notificación de esta resolución, para cumplir con los deberes antes indicados. Dentro de ese mismo término deberá informar al Tribunal sobre su cumplimiento.

Notifíquese por fax y vía ordinaria.

PUBLÍQUESE.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Isabel Llompart Zeno
Secretaria del Tribunal Supremo